No. 3339.—STATE ex rel. H. E. SHROPSHIRE *v.* THE JUDGE OF THE FIFTH DISTRICT COURT, for the parish of Orleans.

23    491
f122    50

On application for a writ of prohibition against the judge *a quo*, the Supreme Court will review the evidence taken in the court below, touching the solvency and sufficiency of the surety on the appeal bond, and if the surety is found to be sufficient and the case is in other respects appealable, the prohibition will issue.

APPLICATION for prohibition. *Fellows & Mills,* for relators. *Charles Leaumont,* Judge, respondent.

HOWE, J. The application for a prohibition in this case, to preserve the appellate jurisdiction of this court and the right of the relator to suspend execution pending the appeal, involves the sufficiency of the surety on the appeal bond. The bond is for $900; the surety declares he is worth that amount over and above his debts; and that his property consists of real estate worth $6000, encumbered for $4000. No evidence is offered to contradict these statements, and we do not see why they are not conclusive in establishing his sufficiency.

It is therefore ordered that the prohibition granted herein, be made perpetual.